Abraham Torres GARCIA, Appellant,

v.

The STATE of Texas, Appellee.

No. 28629.

Court of Criminal Appeals of Texas.

Nov. 28, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of heroin; the punishment, ten years.

No statement of facts or bills of exception accompany the record. In view of this fact, we are unable to appraise the appellant's complaints set forth in his brief to this Court.

The indictment appears to be in all things regular, and, no reversible error appearing, the judgment of the trial court is affirmed.